IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAVI BALU, et al().            :     CIVIL ACTION
                               :
      v.                       :
                               :
THE CINCINNATI INSURANCE       :
COMPANY                        :     NO. 19-3604

ORDER

AND NOW, this 9th day of April, 2020, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the Motion of Defendant for Partial Summary Judgment on plaintiffs' bad faith claim (Doc. # 10) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.