IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAVI BALU, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| THE CINCINNATI INSURANCE COMPANY | : | NO. 19-3604 |

ORDER

AND NOW, this 13th day of April, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) the Motion in Limine of Cincinnati Insurance Company to Limit Plaintiffs' Damages is GRANTED; and

(2) Plaintiffs shall not submit at trial any evidence of damages in excess of $67,800.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.