IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAVI BALU, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| THE CINCINNATI INSURANCE | : | |
| COMPANY | : | NO. 19-3604 |

ORDER

AND NOW, this 15th day of April, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The Motion in Limine of Cincinnati Insurance Company to Preclude the Witness Testimony of Jason Cortazzo is GRANTED.

(2) Plaintiffs shall not call Jason Cortazzo as an expert witness to testify as to the cause of water damage to plaintiffs' home.

(3) Plaintiffs shall not submit to the jury the repair estimate of Jason Cortazzo as evidence of the cause of water damage to plaintiffs' home.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.